IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MARTIN CECILIO BRICENO-SANCHEZ,**

    Petitioner,

v.                                           Case No. 2:25-cv-01054-WJ-GBW

**GEORGE DEDOS,** Warden,
Cibola County Correctional Center;
**MARISA FLORES,** Acting Director,
Immigration and Customs Enforcement's Enforcement
and Removal Operations, El Paso Field Office;
**TODD LYONS,** Acting Director,
U.S. Immigration and Customs Enforcement,
**KRISTI NOEM,** Secretary,
Department of Homeland Security; and
**PAMELA BONDI,** Attorney General;
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,**

    Respondents.

## ORDER REGARDING MOTION TO WITHDRAW PETITION FOR WRIT OF HABEAS CORPUS

THIS MATTER is before the court on Petitioner's Motion to Withdraw Petition for Writ of Habeas Corpus. **[Doc. 28]**. Respondents Immigration and Customs Enforcement and the Department of Homeland Security previously entered objections to the Court's December 30, 2025, Order granting provisional relief in the form of a bond hearing and have since complied with that Order. **[*See* Docs. 24, 27]**. The Motion to Withdraw does not indicate whether Respondents oppose the Motion.[1]

Accordingly, Respondents shall advise the Court on or before **January 23, 2025**, of their

---

[1] The District of New Mexico Local Rules of Civil Procedure provide: "An unopposed motion must be accompanied by a proposed order *approved by each party*, in accordance with the procedure set by the assigned Judge." D.N.M.LR-Civ. 7.2 (emphasis added).

position on Petitioner's Motion to Withdraw.  If no opposition is filed by that date, the Court will enter an order granting the Motion without further notice.

    IT IS SO ORDERED.

/s/_____
WILLIAM P. JOHNSON
SENIOR UNITED STATES DISTRICT JUDGE